Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
7121 Magnolia Avenue, Suite J
Riverside, CA 92504
(951) 784-7770
(619) 297-1022

Attorneys for the Plaintiff
Daniel Salandra

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| **DANIEL SALANDRA,** | Case No.: 12-CV-02125-IEG-NLS |
|---|---|
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **VIKING CLIENT SERVICES, INC.,** | |
| **Defendants.** | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 5, 2013 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: February 5, 2013                    By: /s/ Andrea Darrow Smith